**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| RICHARD WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:19-cv-553-NT |
| | ) |
| CITY OF BANGOR HALL, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED**
**DECISION OF THE MAGISTRATE JUDGE**

On December 18, 2019, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 5). On December 26, 2019, the Plaintiff filed an objection to the Recommended Decision (ECF No. 8). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's complaint be **DISMISSED** without prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 9th day of January, 2019.